IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL A. SPEARS, SR.                                                    PLAINTIFF

V.                          Case No. 4:25-CV-00530-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration                                          DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment

is entered in favor of the Defendant.

DATED this 26th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE